UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KRISTIN BRODIN,<br>      Plaintiff | ) ) ) ) | |
| v. | ) ) | C.A. 11-40179-TSH |
| P.O. DAVID ROJAS,<br>P.O. RAMON ROMAN,<br>P.O. JAMES POWERS, Lt. ROBERT RICH<br>and DOES 1-10 IN THEIR INDIVIDUAL<br>AND OFFICIAL CAPACITIES, and<br>GARY GEMME, CHIEF OF POLICE and<br>CITY MANAGER MICHAEL V. O'BRIEN<br>EACH IN THEIR OFFICIAL CAPACITIES<br>and THE CITY OF WORCESTER,<br>      Defendants | ) ) ) ) ) ) ) ) ) ) ) | |

## STIPULATION OF DISMISSAL (WITH PREJUDICE)

Plaintiff, Kristin Brodin, and Defendants David Rojas, Ramon Roman, James Powers, Robert Rich, Gary Gemme, Michael V. O'Brien and City of Worcester, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), that this case is dismissed with prejudice, all rights of appeal waived, each party to bear its own costs and attorney's fees.

| | |
|---|---|
| Plaintiff,<br>By her attorney, | Defendants,<br>By their attorneys,<br><br>David M. Moore,<br>City Solicitor |
| /s/ *Hector E. Pineiro*<br>Hector E. Pineiro, Esq., BBO # 555315<br>Law Office of Hector E. Pineiro<br>807 Main Street<br>Worcester, MA  01610<br>(508) 770-0600<br>hector@pineirolegal.com | /s/ *Wendy L. Quinn*<br>Wendy L. Quinn, BBO # 653954<br>Assistant City Solicitor<br>455 Main Street, Room 301<br>Worcester, MA  01608<br>(508) 799-1161<br>quinnwl@worcesterma.gov |

CERTIFICATE OF SERVICE

I, Wendy L. Quinn, hereby certify that, on this 10th day of July, 2014, the within Stipulation of Dismissal (With Prejudice) was served upon all counsel of record through this Court's electronic filing system as identified on the Notice of Electronic Filing.

*/s/ Wendy L. Quinn*
Wendy L. Quinn
Assistant City Solicitor